**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**William Raymond DURHAM,
Defendant–Appellant.**

No. 01–7550.

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

William Raymond Durham, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

William Raymond Durham seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Durham,* Nos. CR–92–86; CA–01–546 (W.D.Va. July 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*